# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SEVEN Z ENTERPRISES, INC.,** *et al.*, | : | CIVIL ACTION NO. 2:17-CV-740 |
| | : | |
| | : | **(Chief Judge Conner)** |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| **GIANT EAGLE, INC.,** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 28th day of February, 2019, upon consideration of the motion (Doc. 137) "to enjoin relitigation in state court" filed by defendant Giant Eagle, Inc. ("Giant Eagle"), and in accordance with the attached memorandum, it is hereby ORDERED that Giant Eagle's motion is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania