# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SEVEN Z ENTERPRISES, INC.,** *et al.*, | CIVIL ACTION NO. 2:17-CV-740 |
| Plaintiffs | (Chief Judge Conner) |
| v. | |
| **GIANT EAGLE, INC.,** | |
| Defendant | |

## **ORDER**

AND NOW, this 22nd day of November, 2019, upon consideration of the motion (Doc. 195) to hold in abeyance defendant's motion for partial judgment on the pleadings filed by plaintiff and counterclaim-defendant Mon Valley Foods, Inc. ("MVF"), wherein MVF contends that ongoing state-court litigation it recently filed against defendant Giant Eagle, Inc. ("Giant Eagle") counsels in favor of this court holding in abeyance Giant Eagle's pending motion (Doc. 179) for partial judgment on the pleadings, and further asserts that Giant Eagle's motion should not be addressed until this court has ruled on MVF's motion (Doc. 166) to stay Giant Eagle's counterclaims, and in light of this court's recent denial (Doc. 339) of MVF's motion to stay Giant Eagle's counterclaims, and the reasons provided therein, and the court finding no basis to hold the motion for partial judgment on the pleadings in abeyance, it is hereby ORDERED that MVF's motion (Doc. 195) to hold in abeyance defendant's motion for partial judgment on the pleadings is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania