**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SEVEN Z ENTERPRISES, INC., et al., | ) | Case No. 2:17-cv-00740-CCC |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GIANT EAGLE, INC., | ) | |
| Defendant/Counterclaim-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MON VALLEY FOODS, INC., et al., | ) | |
| Counterclaim-Defendants. | ) | |
| | ) | |
| CELTIC EAGLE, INC., | ) | **REDACTED** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GIANT EAGLE, INC., | ) | |
| Defendant. | ) | |

<u>**CONSOLIDATED BRIEF IN SUPPORT OF MOTION TO EXCLUDE EXPERT
TESTIMONY AND REPORTS OF PLAINTIFFS' EXPERT WITNESSES (*DAUBERT*)**</u>

Dated: April 20, 2020

Respectfully submitted,

<u>*/s/ Daniel J. Stuart*</u>
Bernard D. Marcus (PA ID #01293)
marcus@marcus-shapira.com
Jonathan D. Marcus (PA ID #312829)
jmarcus@marcus-shapira.com
Daniel J. Stuart (PA ID #321011)
stuart@marcus-shapira.com
Scott D. Livingston (PA ID #60649)
livingston@marcus-shapira.com
Joshua A. Kobrin (PA ID #318200)
kobrin@marcus-shapira.com

MARCUS & SHAPIRA LLP
301 Grant Street
One Oxford Centre, 35th Floor
Pittsburgh, PA 15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758

*Counsel for Giant Eagle, Inc.*

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing was served via ECF this 20th day of April, 2020 upon the following:

Kathleen A. Gallagher, Esq.
Russell D. Giancola, Esq.
Thomas S. Jones, Esq.
Kevin C. Meacham, Esq.
Daniel P. Wolfe, Esq.
Devin A. Winklosky, Esq.
Matthew C. Gill, Esq.
David I. Kelch, Esq.
Porter Wright Morris & Arthur LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222
kgallagher@porterwright.com
rgiancola@porterwright.com
tjones@porterwright.com
kmeacham@porterwright.com
dwolfe@porterwright.com
dwinklosky@porterwright.com
mgill@porterwright.com
dkelch@porterwright.com

James D. Curphey, Esq.
Porter Wright Morris & Arthur LLP
41 South High Street, Suite 2900
Columbus, OH 43215
jcurphey@porterwright.com

James M. Sack, Esq.
The Sack Law Firm P.C.
8270 Greensboro Drive, Suite 810
McLean, VA 22102
jms@sacklaw.com

Thomas W. Corbett, Jr., Esq.
Julian E. Neiser, Esq.
Spilman Thomas & Battle, PLLC
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA 15219
tcorbett@spilmanlaw.com
jneiser@spilmanlaw.com

*/s/ Daniel J. Stuart*
Daniel J. Stuart